IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JOHN AMUNDSON, et ux, | * | |
| *Plaintiffs,* | * | |
| | * | Civil Action No.: AMD 98-3241 |
| | * | |
| v. | * | |
| LORI MADDOX<br>d/b/a BACKWOODS BEAUTIES, | * | |
| | * | |
| *Defendant.* | * | |



\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the matters and documents set forth in Plaintiffs' Motion for Relief from Operation of the Judgment and to Enforce Settlement, and the facts and materials submitted by Defendant in opposition thereto, the Court finds that the parties entered into a binding settlement pursuant to the terms and conditions set forth in the Settlement Agreement and Mutual Release executed by Plaintiffs and forwarded to counsel for Defendant on October 12, 1999, including the wording of the Retraction, attached to that Agreement as Exhibit A. Accordingly, it is hereby **ORDERED** that:

(1) Plaintiffs' Motion for Relief from Operation of the Judgment and to Enforce Settlement is **GRANTED**;

(2) Defendant is hereby **ORDERED** to execute the Settlement Agreement and Mutual Release, and the Retraction which is attached to it as Exhibit A, within 3 days of the date of this




Order, forwarding a copy of the signed Agreement and Retraction to counsel for Plaintiffs via overnight mail and facsimile ███

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████

December 6, 1999            _____
                                            Andre M. Davis
                                            United States District Court Judge